IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARLENE ANDREASIK, | § § | |
| Plaintiff | § § | Case No. 1:15-cv-07159 |
| v. | § § | Judge James B. Zagel |
| RYAN, LLC and BRINT RYAN, individually, | § § § § | |
| Defendants. | § | |

**INDEX OF EXHIBITS TO DEFENDANT RYAN, LLC'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| 1. | Darlene Andreasik Deposition Excerpts |
| 2. | Kimberly Stout Deposition Excerpts |
| 3. | Declaration of Kimberly Stout |
| 4. | Declaration of G. Brint Ryan |
| 5. | Debby Carone Deposition Excerpts |
| 6. | Dr. Kumudini Ginde Deposition Excerpts |