# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARLENE ANDREASIK,                    §
                                      §
            Plaintiff                 §       Case No. 1:15-cv-07159
                                      §
      v.                              §
                                      §       Judge James B. Zagel
RYAN, LLC                             §
                                      §       Mag. Judge Young B. Kim
            Defendant.                §
                                      §

## DECLARATION OF G. BRINT RYAN

I, G. Brint Ryan, declare and affirm as follows:

1.      I am the Chairman and CEO of Ryan, LLC ("Ryan"). I have personal knowledge of the matters set forth herein and I am competent to testify to those matters. I make this declaration in support of Ryan's Motion for Summary Judgment.

2.      From July 2013 to June 2014, Darlene Andreasik ("Andreasik") worked as an executive assistant supporting Ryan Principal and Executive Vice President Joe Mulcahy ("Mulcahy") in Ryan's Chicago, Illinois office. On Friday, May 30, 2014, I was in Dallas, Texas when Andreasik sent me a series of unintelligible, bizarre, and at times threatening emails. Andreasik's May 30, 2014 emails began with her telling me she was departing her train and would wait for me. She then emailed, "I want to hear your plane. Fly over here." Andreasik continued, "I can hear your plane. Are you going to rescue me[?]" With no response, Andreasik then emailed that she was going to take a cab to find me and was not leaving until I picked her up. Andreasik then asked me to have Ginny Kissling ("Kissling"), Principal and President of Ryan's U.S. Operations who also works and resides in Dallas, Texas, to call Andreasik. A true and correct copy of Andreasik's May 30, 2014 emails are attached as Exhibit A.

3.      I became concerned after I read Andreasik's emails, so I emailed Andreasik to ask if she was okay.  Andreasik responded angrily, asking me: "[H]ow dare you think that I would take my life, and many other things you want to know about me.  I have had it.  You heart me for months by hearing everything you wanted to know about my past."  Andreasik then accused Ryan of following her with a "tracking device" and saying she was not in love with someone named "John."

4.      After Andreasik's May 30, 2014 emails, I was worried about the situation with Andreasik.  Her emails caused me to believe that she could be a danger to herself or others.  I therefore took immediate action to ensure both Andreasik's safety and the safety and security of Ryan and its employees.

5.      I first forwarded Andreasik's emails to Blake Holman, a member of Ryan's IT staff, to determine if Andreasik's email had been hacked or if Andreasik was actually sending the emails.  After Holman advised me that the emails were being sent by Andreasik, I reached out to Mulcahy, Kissling, Stan Womack ("Womack") (Vice President and Chief Human Resources Officer), Kimberly Stout ("Stout") (Manager and Human Resources Business Partner), and Delta Emerson ("Emerson") (Executive Vice President and Chief of Staff) to make them aware of the situation.  I asked Mulcahy to try and contact Andreasik.

6.      I was copied on communications where Ryan's executives, human resources personnel, and IT department worked through the night on Friday, May 30, 2014 and over the weekend to address Andreasik's emails and the resulting situation they had caused for Ryan.  I received emails discussing Womack, Mulcahy, and Jennifer Ivanelli's (Vice President of Property Tax Operations), several unsuccessful attempts to attempts to contact Andreasik and her

family. Late Friday evening, I was copied on Kissling's email instructing Womack to contact local police to request that an officer do a wellness check on Andreasik.

7.      Early Saturday morning, Womack, who also worked and resided at the time in Dallas, Texas, sent me an email relaying his conversation with local police. In Womack's email, he informed me that the police confirmed Andreasik was physically unharmed and that there had been a situation involving Andreasik's family. Womack told me the police did not reveal any additional details due to privacy concerns. A true and correct copy of the email regarding Womack's contact with the police is attached to this declaration as Exhibit B

8.      Andreasik's emails on May 30, 2014 were extremely disruptive, failed to comport with Ryan's expectations for its employees, and violated Ryan's employment policies. Therefore, on Saturday, May 31, 2014, I instructed human resources to suspend Andreasik's office access until we determined if she would return to work. Her access to Ryan's computer system had been disabled the night before. On Sunday, June 1, 2014, Womack informed me that Stout would meet Andreasik on Monday morning in the lobby of the Chicago office building to talk with Andreasik to assess her status. I was thereafter advised and it was my understanding that Andreasik took some form of leave of absence from her position with Ryan.

9.      On June 14, 2014 at 4:51 p.m., I received another strange email from Andreasik. Andreasik asked: "Is Carole with you. Are you going to dinner[?]" After the significant disruption caused by Andreasik's first series of emails on May 30, 2014, I was concerned that Andreasik's June 14, 2014 email would again disrupt Ryan's operations. I emailed Womack that evening to ask Andreasik's status and to tell Womack that I believed we needed to terminate Andreasik's employment. Womack responded that Andreasik had been in the hospital, but that we did not know any additional information about her. Womack told me Andreasik requested

short term disability and we were waiting on her physician's paperwork. In response to Womack's update, I told Womack I disapproved of Andreasik's continued emailing and that I wanted to terminate her employment. At 10:45 p.m. on June 14, 2014, Womack confirmed that he would take care of Andreasik's termination. A true and correct copy of Andreasik's June 14, 2014 email and my correspondence with Womack regarding Andreasik's termination is attached to this declaration as Exhibit C.

10. When I decided to terminate Andreasik's employment on June 14, 2014, I did not know details of Andreasik's condition or her diagnosis. My decision to terminate Andreasik was based on her unprofessional behavior, which violated Ryan's employment policies, and my desire to avoid further disruptions to Ryan's operations. My decision was based on Andreasik's conduct, not on any perception or belief on my part that she was disabled, suffered from any psychological or related condition, or that she might in the future seek to exercise her rights under the Family and Medical Leave Act.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

This declaration was signed on October 13, 2016 in Dallas, Texas.

_____
G. Brint Ryan

# EXHIBIT 4-A

**From:** Andreasik, Darlene [Darlene.Andreasik@ryan.com]
**Sent:** Friday, May 30, 2014 5:48 PM
**To:** Ryan, Brint
**Subject:** RE: Train

How dare you think that I would take my life, and many others things you want to know about me. I have had it. You heart me for months by hearing everything you wanted to know sbout my past. Thst was vr Ryan private to me and f ontact like to share because the scars are so deep. Everyone in the office could hear those conversation. Everyday I would come in the office s nd pray to god thst I could be. Strong as my life  as s unveil ing.

I took the job at Ryan do I coulf have s better work experience.  Thid past six months has killed in in more ways that I can't d share.  Now please leave me alone and take the tracking device off me. John would never hurt me at least physically.  No I am not in love with him and I will get a fresh start when I feel the time is right. If you found anything about me is that I'm a planner.  Carole is a wonderful friend of mine and she will always be. She is a fabulous women and would be able to fill your needs.  Now please let me live my life in peace and privacy.  I will not share one bit of this with anyone.  Thank you.

Sent from my Galaxy S8III

-------- Original message --------
From: "Ryan, Brint"
Date:05/30/2014 5:02 PM (GMT-06:00)
To: "Andreasik, Darlene"
Subject: RE: Train

Darlene,

Are you ok?  I've been on this strange thread all day and I'm not sure what to make of it.

Regards,
Brint

**From:** Andreasik, Darlene
**Sent:** Friday, May 30, 2014 4:59 PM
**To:** Ryan, Brint
**Subject:** RE: Train

I will stay where I am and wait for brint. I didnt feel safe where I was sitting before. Please don't worry.

Sent from my Galaxy S8III

-------- Original message --------
From: "Andreasik, Darlene"
Date:05/30/2014 4:47 PM (GMT-06:00)
To: "Ryan, Brint"
Subject: RE: Train

I moved. I didn't like where I was sitting. I'm on wacker and adams

Sent from my Galaxy S8III

1

**RYAN 000042**

-------- Original message --------
From: "Andreasik, Darlene"
Date:05/30/2014 4:40 PM (GMT-06:00)
To: "Ryan, Brint"
Subject: RE: Train

I don't want to be in the city after 5:30pm  I will be taking the 5:16 train.

Sent from my Galaxy S® III

-------- Original message --------
From: "Andreasik, Darlene"
Date:05/30/2014 4:31 PM (GMT-06:00)
To: "Ryan, Brint"
Subject: RE: Train

What is bring asking me. I can hear you very well. It sound s muffled.

Sent from my Galaxy S® III

-------- Original message --------
From: "Andreasik, Darlene"
Date:05/30/2014 4:29 PM (GMT-06:00)
To: "Ryan, Brint"
Subject: RE: Train

Can I call Ginny.  Ginny please call me 847 529 4194

Sent from my Galaxy S® III

-------- Original message --------
From: "Andreasik, Darlene"
Date:05/30/2014 4:26 PM (GMT-06:00)
To: "Ryan, Brint"
Subject: RE: Train

I hear you. I'm not leaving until you get me.

Sent from my Galaxy S® III

-------- Original message --------
From: "Andreasik, Darlene"
Date:05/30/2014 4:08 PM (GMT-06:00)

2

RYAN 000043

To: "Ryan, Brint"
Subject: RE: Train

Should I go back to the train station

Sent from my Galaxy S®III

-------- Original message --------
From: "Andreasik, Darlene"
Date:05/30/2014 3:59 PM (GMT-06:00)
To: "Ryan, Brint"
Subject: RE: Train

You probably can't respond back. No connection.  I am going to walk back to work and take a cab to find you

Sent from my Galaxy S®III

-------- Original message --------
From: "Andreasik, Darlene"
Date:05/30/2014 3:56 PM (GMT-06:00)
To: "Ryan, Brint"
Subject: RE: Train

I hear your plane.  Are you going to rescue me

Sent from my Galaxy S®III

-------- Original message --------
From: "Andreasik, Darlene"
Date:05/30/2014 3:54 PM (GMT-06:00)
To: "Ryan, Brint"
Subject: RE: Train

I'm not giving up. I've been waiting for days. I'm at 10 south riverside.  I want to hear your plane. Fly over here

Sent from my Galaxy S®III

-------- Original message --------
From: "Andreasik, Darlene"
Date:05/30/2014 3:43 PM (GMT-06:00)
To: "Ryan, Brint"
Subject: RE: Train

I'm in the train station by the corner bakery

3

RYAN 000044

Sent from my Galaxy S®III

-------- Original message --------
From: "Andreasik, Darlene"
Date:05/30/2014 3:39 PM (GMT-06:00)
To: "Ryan, Brint"
Subject: Train


I'm getting off the train.  I will be waiting for you.

Sent from my Galaxy S®III

RYAN 000045

# EXHIBIT 4-B

Case: 1:15-cv-07159 Document #: 64-5 Filed: 10/17/16 Page 12 of 26 PageID #:433

| | |
|---|---|
| **From:** | Kissling, Ginny <Ginny.Kissling@ryan.com> |
| **Sent:** | Saturday, May 31, 2014 10:12 AM |
| **To:** | Womack, Stan |
| **Cc:** | Mulcahy, Joe; Ryan, Brint; Holman, Blake; Emerson, Delta |
| **Subject:** | Re: Hi |

Thanks Stan for addressing this so late on Friday.

Let's keep her email disabled over the weekend as we still don't know if her account has been compromised.  It can easily be enabled on Monday.

And let's have the Chicago HR person meet with her first thing on Monday.   Some of the comments in the emails appear work related and that needs to be discussed with her to see if anything needs to be investigated.

I've available all weekend if anything needs to be addressed.

Thank you all for moving on this swiftly.

Regards.
Ginny

Sent from my iPhone

On May 31, 2014, at 12:12 AM, "Womack, Stan" <Stan.Womack@ryan.com> wrote:

> All,
>
> I just hung up with a police officer who has been in contact with Darlene.  He has physically spoken to and seen Darlene earlier tonight at a different location.  She is physically ok.  He indicated that there is something going on – he was not able to tell me everything due to privacy reasons, but told me that the police had been to her home several times today.  She had called the police from Lifetime Fitness in Algonquin and he was the person dispatched.  Because he is an Algonquin officer, he was not able to go to her home. He was able to reach her on her cell phone and spoke with her.  He did indicate that he told her that we (her employer) was concerned based on some emails that were out of character for her and her lack of responsiveness.  She told him that she was fine and must not have heard any attempts to call her since she was on the train.
>
> He told me there was clearly something going on within her family but could not/would not reveal more.  He did mention that we may want to check on her Monday when she comes to work and make sure she knows we have an Employee Assistance Program or someone she can reach out to for help.  He said if we receive any more emails from her like the ones Brint got earlier that we may want to either contact them again or to file a report with Dallas PD.
>
> I thanked him and let him know that we were concerned for her safety and that she might have been sick or injured.  He indicated to me that he had explained that to her because she was initially afraid she was in trouble because we had asked the police to check on her.

RYAN 000116

That is as much information as I have, other than as I said the officer indicated there is clearly something "going on" within her family.

Regards,

Stan

**Stan Womack, SPHR**
Senior Vice President and Chief Human Resources Officer
Ryan
Three Galleria Tower
13155 Noel Road
Suite 100
Dallas, Texas 75240-5090

972.934.0022 Ext. 10-1191
972.725.0479 Facsimile
214.914.4554 Mobile

www.ryan.com

*Innovative Solutions to Taxing Problems*
<image001.jpg>

---

**From:** Kissling, Ginny
**Sent:** Friday, May 30, 2014 10:18 PM
**To:** Womack, Stan
**Cc:** Ivanelli, Jennifer; Mulcahy, Joe; Ryan, Brint; Holman, Blake; Emerson, Delta
**Subject:** RE: Hi

Stan – please go ahead and call the police and report back.

---

**From:** Mulcahy, Joe
**Sent:** Friday, May 30, 2014 10:13 PM
**To:** Womack, Stan
**Cc:** Kissling, Ginny; Ivanelli, Jennifer; Ryan, Brint; Holman, Blake; Emerson, Delta
**Subject:** Re: Hi

Same thing happened to me on both home and cell.

**Joe Mulcahy**
Property Tax Practice Leader and Principal
Ryan

RYAN 000117

311 South Wacker Drive
Suite 2100
Chicago, Illinois 60606

312.980.1124 Office
312.391.3402 Mobile

www.ryan.com

On May 30, 2014, at 10:12 PM, "Womack, Stan" <Stan.Womack@ryan.com> wrote:

> I just called her cell … goes immediately to voicemail.  I then called the home number … rings several times then goes to voicemail.  I finally called her husband John's cell … rings then goes to voicemail.
>
> Stan
>
> **Stan Womack, SPHR**
> **Senior Vice President and Chief Human Resources Officer**
> **Ryan**
> **Three Galleria Tower**
> **13155 Noel Road**
> **Suite 100**
> **Dallas, Texas 75240-5090**
>
> 972.934.0022 Ext. 10-1191
> 972.725.0479 Facsimile
> 214.914.4554 Mobile
>
> www.ryan.com
>
> *Innovative Solutions to Taxing Problems*
> <image001.jpg>
>
> ------------------------------------------------------------
> **From:** Kissling, Ginny
> **Sent:** Friday, May 30, 2014 10:06 PM
> **To:** Womack, Stan
> **Cc:** Ivanelli, Jennifer; Mulcahy, Joe; Ryan, Brint; Holman, Blake; Emerson, Delta
> **Subject:** RE: Hi
>
> Stan,
>
> I think it is appropriate to call her and her husband again (it is already 10:00 p.m.).   Again, I am concerned because of the statements below and that she is typically responsive.

Please call her mobile, her home and the husband's mobile if you have it now.

Thanks,
Ginny

---

**From:** Womack, Stan
**Sent:** Friday, May 30, 2014 9:37 PM
**To:** Kissling, Ginny; Ryan, Brint
**Cc:** Ivanelli, Jennifer; Mulcahy, Joe; Holman, Blake; Emerson, Delta
**Subject:** RE: Hi

All,

Please let me know if you think it is appropriate to contact the police and request a welfare check at their home.  I don't want to lightly invade anyone's privacy, but I also am quite concerned for one of our employee's welfare.  I spoke to my son who is a police officer.  He indicated that if we believe she may be either a danger to herself (she referenced … "how dare you think I would take my life …" and … "John would never hurt me, at least physically …" or if we think she may be in need of medical attention (psychotic break, diabetic coma, stroke, etc. then we should request a welfare check with a report back from the police.  He said they handle these types of calls all the time in Fort Worth.

Blake, were there any responses to the email messages to Brint that you can tell?  These seem like she is hallucinating that someone is answering her … hard to tell from a one way conversation.

Jennifer,  have you tried her home number again?  I placed the call to her husband John at 7:54 PM Central Daylight time.  I have not heard back from him as of 9:09 PM CDT.

Regards,

Stan

**Stan Womack, SPHR**
Senior Vice President and Chief Human Resources Officer
Ryan
Three Galleria Tower
13155 Noel Road
Suite 100
Dallas, Texas 75240-5090

972.934.0022 Ext. 10-1191
972.725.0479 Facsimile
214.914.4554 Mobile

www.ryan.com

RYAN 000119

*Innovative Solutions to Taxing Problems*
<image001.jpg>

---

**From:** Kissling, Ginny
**Sent:** Friday, May 30, 2014 8:53 PM
**To:** Ryan, Brint
**Cc:** Ivanelli, Jennifer; Womack, Stan; Mulcahy, Joe; Holman, Blake; Emerson, Delta
**Subject:** Re: Hi

It's getting late and no one has heard from her which is unusual according to Jennifer.   I think Stan should contact the police to check on her.

Blake - what harm is there in reactivating her email account?  I can't imagine it's a hacker with Ginny, Brint and Joe mentioned in the emails.

Sent from my iPhone

On May 30, 2014, at 8:44 PM, "Ryan, Brint" <Brint.Ryan@Ryan.com> wrote:

> Jennifer,
>
> The messages started about 8:45 a.m. EST today.  I got over a dozen of them.
>
> Regards,
> Brint
>
> ---
>
> **From:** Ivanelli, Jennifer
> **Sent:** Friday, May 30, 2014 8:39 PM
> **To:** Kissling, Ginny
> **Cc:** Womack, Stan; Ryan, Brint; Mulcahy, Joe; Holman, Blake; Emerson, Delta
> **Subject:** RE: Hi
>
>
> Joe only verbally told me about the email that was sent to Brint about the train stop, I have not seen it so I am not sure of the time it was sent.   When I spoke with Mike he said he thought she stuck her head in his office around 5 p.m. but he was on the phone so he didn't speak to her and said she was definitely gone when he left the office around 6:30, so if the message came before 5 p.m. I would believe she was still in the office.  Her train is about a 10 minute walk from the office and her commute home on the train is about an hour.

Jennifer Ivanelli

Ryan

**RYAN 000120**

312.980.1137 Office
773.469.1112 Mobile

---

**From:** Kissling, Ginny
**Sent:** Friday, May 30, 2014 8:30 PM
**To:** Ivanelli, Jennifer
**Cc:** Womack, Stan; Ryan, Brint; Mulcahy, Joe; Holman, Blake; Emerson, Delta
**Subject:** Re: Hi

Jennifer - When the email said she was at the train stop, was she in the office the entire time?

Sent from my iPhone

On May 30, 2014, at 8:24 PM, "Ivanelli, Jennifer" <Jennifer.Ivanelli@ryan.com> wrote:

>   Stan,
>
>   That is likely her ex-husband's address.   She is re-married.  Her sons attend Michigan State and Iowa State and I
>   don't think either of them are in town – unfortunately I don't have any other suggestions on how to reach her at
>   this point.
>
>   Please let me know if there is anything else I can do.
>
>   **Jennifer Ivanelli**
>
>   Ryan
>
>   312.980.1137 Office
>   773.469.1112 Mobile

---

**From:** Womack, Stan
**Sent:** Friday, May 30, 2014 8:15 PM
**To:** Ivanelli, Jennifer; Ryan, Brint; Mulcahy, Joe; Kissling, Ginny
**Cc:** Holman, Blake; Emerson, Delta
**Subject:** RE: Hi

Yes, I read the names too quickly the first time.  She lists two college aged sons as alternate emergency contacts
… Giovanni and Mariano.  Both of them are listed at the same address in another city … Algonquin.

**Stan Womack, SPHR**
Senior Vice President and Chief Human Resources Officer
Ryan
Three Galleria Tower

RYAN 000121

13155 Noel Road
Suite 100
Dallas, Texas 75240-5090

972.934.0022 Ext. 10-1191
972.725.0479 Facsimile
214.914.4554 Mobile

www.ryan.com

*Innovative Solutions to Taxing Problems*
<image001.jpg>

---

**From:** Ivanelli, Jennifer
**Sent:** Friday, May 30, 2014 8:11 PM
**To:** Womack, Stan; Ryan, Brint; Mulcahy, Joe; Kissling, Ginny
**Cc:** Holman, Blake; Emerson, Delta
**Subject:** RE: Hi

I have tried Darlene on her home phone and her personal email, and have had no luck reaching her either.  She is normally very responsive.

She sits outside my office and was there at 3 p.m. when I left and I just spoke with Mike Abbatemarco in our office and he was there until 6:30 this evening and estimated she left the office around 5 p.m.  Darlene does have two grown sons, but both of them live out of state and are in college, so I don't think reaching out to either of them would provide any answers tonight.

**Jennifer Ivanelli**

Ryan

312.980.1137 Office
773.469.1112 Mobile

---

**From:** Womack, Stan
**Sent:** Friday, May 30, 2014 8:00 PM
**To:** Ryan, Brint; Mulcahy, Joe; Kissling, Ginny
**Cc:** Holman, Blake; Emerson, Delta; Ivanelli, Jennifer
**Subject:** RE: Hi

Just called his cell.  Got voicemail.  Asked him to call me.  Will let everyone know when I hear from him.

I'm worried she might be having a stroke or some medical issue.  I agree with Ginny … her name and your name Brint are not common and would not be something that anyone who doesn't have some familiarity with Ryan

RYAN 000122

would know to spell.  She may have downloaded names and numbers from the active directory into her phone, but again, spell check / auto correct on a device would probably try to change those to a more common spelling unless overridden.  Grasping at straws for an explanation.

Worst case, if we don't hear from anyone in a reasonable time, we can contact the Lakewood Illinois Police department and request a welfare check at her home.  I have her home address.  I can get her other emergency contact numbers as well  … son and daughter … both appear to be grown.

Stan

**Stan Womack, SPHR**
Senior Vice President and Chief Human Resources Officer
Ryan
Three Galleria Tower
13155 Noel Road
Suite 100
Dallas, Texas 75240-5090

972.934.0022 Ext. 10-1191
972.725.0479 Facsimile
214.914.4554 Mobile

www.ryan.com

*Innovative Solutions to Taxing Problems*
<image001.jpg>

---

**From:** Ryan, Brint
**Sent:** Friday, May 30, 2014 7:51 PM
**To:** Womack, Stan; Mulcahy, Joe; Kissling, Ginny
**Cc:** Holman, Blake; Emerson, Delta; Ivanelli, Jennifer
**Subject:** RE: Hi

Stan,

Call him, please.

Regards,
Brint

---

**From:** Womack, Stan
**Sent:** Friday, May 30, 2014 7:47 PM
**To:** Mulcahy, Joe; Kissling, Ginny
**Cc:** Holman, Blake; Ryan, Brint; Emerson, Delta; Ivanelli, Jennifer
**Subject:** RE: Hi

RYAN 000123

I am on the phone with Ginny.  I have found her husband's emergency contact number.  I can call him to ensure she is ok and find out if perhaps her phone was stolen – ask him if he has seen her – some strange emails are being sent from her phone if that is appropriate.

**Stan Womack, SPHR**
Senior Vice President and Chief Human Resources Officer
Ryan
Three Galleria Tower
13155 Noel Road
Suite 100
Dallas, Texas 75240-5090

972.934.0022 Ext. 10-1191
972.725.0479 Facsimile
214.914.4554 Mobile

www.ryan.com

*Innovative Solutions to Taxing Problems*
<image001.jpg>

---

**From:** Mulcahy, Joe
**Sent:** Friday, May 30, 2014 7:40 PM
**To:** Kissling, Ginny
**Cc:** Holman, Blake; Womack, Stan; Ryan, Brint; Emerson, Delta; Ivanelli, Jennifer
**Subject:** Re: Hi

Jennifer and I will continue to try and reach her.

Do you have an emergency number?

**Joe Mulcahy**
Property Tax Practice Leader and Principal
Ryan
311 South Wacker Drive
Suite 2100
Chicago, Illinois 60606

312.980.1124 Office
312.391.3402 Mobile

www.ryan.com

RYAN 000124

On May 30, 2014, at 7:33 PM, "Kissling, Ginny" <Ginny.Kissling@ryan.com> wrote:

I don't see how someone hacking her device would know my name and Brint's name and spell them correctly.     There could be more to it.  I think Stan should call her home number and that of her emergency contact.

Jennifer told Joe she was acting funny today.

I would rather be safe than sorry.

Sent from my iPhone

On May 30, 2014, at 7:28 PM, "Holman, Blake" <Blake.Holman@ryan.com> wrote:

Ginny, Brint, Delta and Stan,

Please see the thread below for the strange message that Joe received..

Thanks,

Blake

---

**From:** Mulcahy, Joe
**Sent:** Friday, May 30, 2014 6:35 PM
**To:** Holman, Blake; Ivanelli, Jennifer
**Subject:** Fwd: Hi

Jennifer and Blake

This has to be someone hacking into her device.

Joe

**Joe Mulcahy**
Property Tax Practice Leader and Principal
Ryan
311 South Wacker Drive
Suite 2100
Chicago, Illinois 60606

RYAN 000125

312.980.1124 Office
312.391.3402 Mobile

www.ryan.com

Begin forwarded message:

**From:** "Andreasik, Darlene" <Darlene.Andreasik@ryan.com>
**Date:** May 30, 2014 at 6:01:40 PM CDT
**To:** "Mulcahy, Joe" <Joe.Mulcahy@ryan.com>
**Subject: Hi**

Joe. Would you be able to meet with me alone with no tracking
device sometime over the weekend.  I apologize for asking you
that but it is extremely important to me.  Joe you are a wonderful
person and I am so glad we have become friends. Please call me
and let me know when we can meet up. If you care about me when
we meet no tracking device.  It has been horrible having many
people watching every move I make. Please joe call me at 847 529
4194

Sent from my Galaxy S®III

# EXHIBIT 4-C

**Stout, Kimberly**

| | |
|---|---|
| **From:** | Womack, Stan |
| **Sent:** | Sunday, June 15, 2014 11:48 AM |
| **To:** | Stout, Kimberly |
| **Subject:** | Fwd: Hello |

Stan Womack
Senior Vice President and Chief Human Resources Officer
Ryan
Three Galleria Tower Suite 100
13155 Noel Road
Dallas TX 75240
United States
972-934-0022 extension 10-1191

Begin forwarded message:

> **From:** "Womack, Stan" <Stan.Womack@ryan.com>
> **Date:** June 14, 2014 at 10:45:38 PM CDT
> **To:** "Ryan, Brint" <Brint.Ryan@Ryan.com>
> **Cc:** "Emerson, Delta" <Delta.Emerson@ryan.com>, "Mulcahy, Joe" <Joe.Mulcahy@ryan.com>,
> "Kissling, Ginny" <Ginny.Kissling@ryan.com>
> **Subject: Re: Hello**
>
> I'm on it.
>
> Stan Womack
> Senior Vice President and Chief Human Resources Officer
> Ryan
> Three Galleria Tower Suite 100
> 13155 Noel Road
> Dallas TX 75240
> United States
> 972-934-0022 extension 10-1191
>
> On Jun 14, 2014, at 10:44 PM, "Ryan, Brint" <Brint.Ryan@Ryan.com> wrote:
>
>> Stan,
>>
>> Well, my patience is gone here. If she is well enough to operate her device and
>> send me random e-mails, then she is well enough for me to fire her.
>>
>> I don't have time for this.

1

RYAN 000556

Regards,
Brint

G. Brint Ryan
Chairman and CEO
Ryan LLC

On Jun 14, 2014, at 5:35 PM, "Womack, Stan" <Stan.Womack@ryan.com>
wrote:

> She has been in the hospital. Unfortunately we don't have much
> information due to HIPAA. Her sister is in HR for another
> company and has been running interference. She has requested
> STD leave. We are awaiting information from her doctors.
>
> Kim Stout, our Business Partner in Chicago has been monitoring
> things as much as possible. I will get with her tomorrow to discuss.
> We will likely need involvement from some in legal to help us
> proceed given the medical circumstances.
>
> Regards,
>
> Stan
>
> Stan Womack
> Senior Vice President and Chief Human Resources Officer
> Ryan
> Three Galleria Tower Suite 100
> 13155 Noel Road
> Dallas TX 75240
> United States
> 972-934-0022  extension 10-1191
>
>
> On Jun 14, 2014, at 10:28 PM, "Ryan, Brint"
> <Brint.Ryan@Ryan.com> wrote:
>
>> All,
>>
>> Here we go again.  What is the status of this
>> employee?  I believe we need to terminate this
>> person.
>>
>> Thanks,
>> Brint
>>
>> G. Brint Ryan
>> Chairman and CEO
>> Ryan LLC
>>
>> Begin forwarded message:

2

RYAN 000557

**From:** Darlene Andreasik
<dandreasik@gmail.com>
**Date:** June 14, 2014 at 4:51:58 PM
HST
**To:** <brint.ryan@ryan.com>
**Subject: Hello**

Is Carole with you. Are you going to
dinner.

RYAN 000558