UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Darlene Andreasik
                          Plaintiff,

v.                                                   Case No.: 1:15−cv−07159
                                                               Honorable James B. Zagel

Ryan, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 3, 2016:

      MINUTE entry before the Honorable Young B. Kim: Preliminary settlement discussion held by phone. An in−person settlement conference is scheduled for January 20, 2017, at 10:00 a.m. in courtroom 1019. Parties are ordered to review and follow the court's standing order on "Settlement Conferences" on its webpage. The individuals with the authority to settle this matter must appear in person. Plaintiff must provide Defendant a written settlement position, with a copy to the court (by mail or by hand delivery to Chambers 1000), by December 16, 2016. By the same deadline, she must also provide the court with a paper copy of her response to Defendants' motion for summary judgment (if it has been filed) and the transcripts from the depositions of Plaintiff, John Andreasik, Debbie Carone, and Dr. Kumundini Ginde. Defendants must respond to Plaintiff's settlement position statement, with a copy to the court, by January 6, 2017. Defendants are also directed to provide Plaintiff a draft settlement and release with their settlement statement so that Plaintiff is advised of the collateral terms they will require to settle this matter. When providing a copy of the settlement position statement to the court, Defendants are ordered to also submit a paper copy of their motion for summary judgment and the transcripts from the depositions of Brint Ryan, Stan Womack, and Kimberly Stout. The settlement position statements are not to be filed with the clerk's office. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.