UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Darlene Andreasik
                        Plaintiff,

v.                                                       Case No.: 1:15−cv−07159
                                                           Honorable James B. Zagel

Ryan, LLC, et al.
                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, January 20, 2017:

      MINUTE entry before the Honorable Young B. Kim: In−person settlement conference held. Parties were able to resolve the matter. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned District Judge. Parties are urged to file their stipulation of dismissal with the assigned District Judge as soon as possible. Mailed notice (ma,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.